IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. NO. 1:06CR109-F |
| v. | ) | |
| | ) | |
| DANIEL ZACHARIAH NELSON | ) | **INFORMATION** |

**The United States Attorney Charges:**

## COUNT 1

On or about the 27th day of January, 2006, at Fort Rucker, Alabama, within the Middle District of Alabama, the defendant,

DANIEL ZACHARIAH NELSON,

did knowingly possess a stolen firearm, namely, a Jennings, Model J22 .22 caliber pistol, Serial Number 177494, which had been shipped and transported in interstate commerce, before and after it was stolen, knowing and having reasonable cause to believe the firearm was stolen, in violation of Title 18, United States Code, Section 922(j).

LEURA G. CANARY
United States Attorney

Todd A. Brown
Assistant United States Attorney

Sean P. Tarantino
Special Assistant United States Attorney