IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR NO. 1:06CR109-MEF |
| | ) | |
| DANIEL ZACHARIAH NELSON | ) | |

## ORDER

For good cause, it is

**ORDERED** that a Consent Plea hearing be and is hereby set in the above-styled cause for **May 4, 2006 at 2:00 p.m.,** in courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

The Clerk is directed to provide a court reporter for this proceeding. If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for the proceeding.

Done this 1st day of May, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE