| COURTROOM DEPUTY MINUTES | DATE: May 4, 2006 | FTR RECORDING: 9:04 - 9:18 |
|---|---|---|
| MIDDLE DISTRICT OF ALABAMA | COURT REPORTER: RISA ENTREKIN | |

❏ ARRAIGNMENT   ❏ CHANGE OF PLEA   √ CONSENT PLEA

❏ RULE 44(c) HEARING   ❏ SENTENCING

| PRESIDING MAG. JUDGE: *CHARLES S. COODY* | DEPUTY CLERK: WANDA STINSON |
|---|---|
| CASE NUMBER: 1:06CR109-MEF-CSC | DEFENDANT NAME: DANIEL ZACHARIAH NELSON |
| AUSA: TODD BROWN | DEFENDANT ATTY: JOSEPH E. SAWYER |
| | Type Counsel: ( ) Waived; (√) Retained; ( ) Panel CJA; ( ) CDO |
| USPO: Tamara Martin | |
| Defendant ___ does  √ does NOT need and interpreter. Name: _____ | |

❏ This is defendant's **FIRST APPEARANCE**. (Docket kia.!!!)

❏ Financial Affidavit executed. **ORAL MOTION** for Appointment of Counsel.

❏ **ORAL ORDER** Appointing  ❏ FPD or ❏ CJA Panel. Notice of Appearance to be filed.

√ **WAIVER OF INDICTMENT** executed and filed.

√ **FELONY INFORMATION** filed.

❏ Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**   ❏ Not Guilty   ❏ Nol Contendere   ❏ Not Guilty by reason of insanity

√ Guilty as to:   √ Count(s) __1__ of the **Felony Information**

❏ Count(s) _____   ❏ dismissed on oral motion of USA;

❏ To be dismissed at sentencing.

√ Consent to enter Guilty Plea before U.S. Magistrate Judge Executed.

❏ No Plea Agreement entered. √ Written plea agreement filed. ❏ **OPEN/ORAL** Plea Agreement.

❏ **ORDERED SEALED.**

√ **ORAL ORDER** Adjudicating defendant guilty.

√ **ORDER:** Defendant Continued ❏ Same Conditions/Bond imposed ; √ Released on Bond & Conditions of Release for: ❏ Trial on _____; √ Sentencing on _____; √ to be set by Separate Order

❏ **ORDER:** Defendant remanded to custody of U.S. Marshal for:

❏ Trial on _____; or ❏ Sentencing on _____ ❏ Set by separate Order.