O AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ DISTRICT OF __ALABAMA__

UNITED STATES OF AMERICA
V.
DANIEL ZACHARIAH NELSON

## WAIVER OF INDICTMENT

CASE NUMBER:   1:06CR109-MEF

I, __DANIEL ZACHARIAH NELSON__, the above named defendant, who is accused of

POSSESSION OF A STOLEN FIREARM, IN VIOLATION OF TITLE 18, UNITED STATES CODE, SECTION 922(j)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ____5/4/06____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer