IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 1:06-cr-109-MEF |
| | ) | |
| DANIEL ZACHARIAH NELSON | ) | |

# **O R D E R**

It is hereby ORDERED that the sentencing hearing set for August 4, 2006 is rescheduled for August 3, 2006 at 9:00 A.M. in the United States Courthouse, One Church Street, Courtroom 2A, Montgomery, Alabama.

DONE this 14th day of July, 2006.

                                                                    /s/ Mark E. Fuller
                                           CHIEF UNITED STATES DISTRICT JUDGE