PS 12C
(8/03)

# United States District Court

for

Middle District of Alabama

2006 JUL 17 A 9: 48

## Petition for Warrant/Summons and Report for Defendant Under Pretrial Release Supervision

Name of Defendant: Daniel Zachariah Nelson                Case Number: 1:06CR00109-MEF

Name of Releasing Judicial Officer: Honorable Charles S. Coody, Chief United States Magistrate Judge

Date of Release: May 4, 2006

Original Offense: Possession of Stolen Firearm, 18 USC 922(j)

Type of Release: $25,000 Unsecured Appearance Bond

Date of Next Court Appearance: August 3, 2006 (Sentencing)

Conditions of Release: Report to pretrial services as directed, No firearms, Drug testing and/or treatment, Report law enforcement contact, No excessive use of alcohol, No unlawful use or possession of controlled substances or drug paraphernalia, maintain or seek employment, maintain an education program

Assistant U.S. Attorney: Todd Brown                Defense Attorney: Joseph E. Sawyer, Jr

## PETITIONING THE COURT

[X]  To issue a warrant
[ ]  To issue a summons

The probation officer believes that the defendant has violated the following condition(s) of release:

Violation Number          Nature of Noncompliance

1.    Condition 1: "The defendant shall refrain from any use or unlawful possession of narcotic drug and other controlled substances defined in 21 U.S.C. § 802 unless prescribed by a licensed medical practitioner."

On July 14, 2006, a urine specimen was obtained from Nelson, taken by U.S. Probation Officer Louis D. Johns, Jr. The specimen revealed a presumptive positive for marijuana, and Nelson admitted he had used marijuana prior to the test. Nelson signed an Admission of Drug Use form.

2.    Condition 7 (e): "The defendant shall maintain or actively seek employment."

The defendant is not presently employed, and has only worked for a total of two (2) weeks since his release on May 4, 2006. Nelson previously worked at Effie's Cantina, a local restaurant, however, is now unemployed.

Supervision history of defendant and actions taken by officer: The defendant has been on pretrial release for approximately two months. Nelson resided with his parents at Fort Rucker, Alabama, however, they recently asked him to leave their home, and he is now residing at a local motel.

U.S. Probation Officer Recommendation:

[X]     The term of supervision should be:
        [X]     revoked.

[ ]     The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    July 14, 2006

_____
Louis D. Johns Jr.
U.S. Probation Officer

Reviewed and approved: _____
Robert A. Pitcher, Senior U.S. Probation Officer/Officer-in-Charge

---

THE COURT ORDERS:

[X]     The Issuance of a Warrant
[ ]     The Issuance of a Summons
[ ]     No Action
[ ]     Other

_____
Signature of Judicial Officer

_____
Date