IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v | ) | **CR. NO. 1:06CR109-MEF** |
| | ) | |
| **DANIEL ZACHARIAH NELSON** | ) | |

## ORDER

For good cause, it is

**ORDERED** that a hearing on the petition to revoke the defendant's pretrial release be and is hereby set for **August 8, 2006, at 2:30 p.m.**, before Chief United States Magistrate Judge Charles S. Coody, in Courtroom 4B, at the Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, Montgomery, Alabama.

Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for the hearing.

Done this 4th day of August, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE