**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

August 7, 2006

# NOTICE OF DOCKET TEXT CORRECTION

**From:   Clerk's Office**

**Case Style:   United States of America vs. Daniel Z. Nelson**
**Case Number:   1:06cr109-F**

**This Notice of Correction was filed in the referenced case this date to correct the PDF document previously filed in document number 17   The correct PDF document is attached to docket number 17 as of 8/7/06.**