IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | **CR. NO. 1:06cr-00109-MEF-CSC** |
| **v.** ) | |
| ) | |
| **DANIEL ZACHARIAH NELSON** ) | |

## MOTION TO CONTINUE

**COMES NOW** the Defendant, **DANIEL ZACHARE NELSON**, by and through the undersigned counsel of record, J. E. Sawyer, Jr., and hereby moves this Honorable Court for a continuance of the hearing set for August 8, 2006 at 3:00 p.m., and as grounds therefore would show as follows:

1. That Counsel for Defendant has a scheduling conflict as he began a criminal jury trial in the Circuit Court of Coffee County, Enterprise, Alabama, on August 7, 2006. Said case being State of Alabama vs. Steve Cole, case numbers CC-2005-445 and CC-2005-507.

**WHEREFORE**, Defendant prays this Honorable Court will grant this request for a continuance and to reset this matter for a later date.

Respectfully submitted this 8th day of August, 2006.

____/S/  J. E. Sawyer, Jr._____
J. E. SAWYER, JR. (ASB 6566-S58J)
Attorney for Defendant
203 South Edwards Street
Enterprise, Alabama 36330
(334) 347-6447  telephone
(334) 347-8217  facsimile
jesawyer@adelphia.net

**CERTIFICATE OF SERVICE**

    I certify that on August 8, 2006 I have filed the above and foregoing electronically with the Clerk of Court using the CM/ECF system and that notice of my filing of same will be electronically served on Todd A. Brown and Sean P. Tarantino.

                                                                                ____/S/  J. E. Sawyer, Jr._____
                                                                                J. E. SAWYER, JR.