IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.: 1:06CR109-MEF |
| | ) | |
| DANIEL Z. NELSON | ) | |

### UNITED STATES' MOTION FOR SUBSTITUTION OF COUNSEL

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and hereby respectfully requests the Court to substitute Special Assistant United States Attorney Nathan T. Golden as counsel of record for the United States of America in this matter in place of Special Assistant United States Attorney Sean P. Tarantino.

Respectfully submitted this the 8th of August, 2006.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s / Nathan T. Golden
NATHAN T. GOLDEN
SPECIAL ASSISTANT U.S. ATTORNEY
VA BAR NO. 48323
Office of the Staff Judge Advocate
Soldier Service Center, Building 5700
Fort Rucker, Alabama 36362-5000
(334) 255-9708