IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 1:06cr109-MEF |
| | ) | |
| DANIEL ZACHARIAH NELSON | ) | |

**ORDER**

On August 8, 2006, Attorney Nathan T. Golden filed a motion to substitute counsel in this matter and allow Attorney Sean Tarantino to withdraw from representation of the United States. (Doc. # 21). Attorney Golden seeks to be substituted as counsel for the government. Upon consideration of the motion, and for good cause, it is

ORDERED that the motion to substitute (doc. # 21) be and is hereby GRANTED.

Done this 10th day of August, 2006.


    /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE