IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 1:06cr109-MEF |
| | ) | |
| DANIEL ZACHARIAH NELSON | ) | |

**ORDER**

Now pending before the court is the defendant's motion to continue the hearing on the petition to revoke the defendant's pretrial release (doc. # 20). For good cause, it is

ORDERED that the motion to continue (doc. # 20) be and is hereby GRANTED. It is further

ORDERED the hearing on the petition to revoke the defendant's pretrial release presently set for August 8, 2006, be and is hereby RESET to **August 18, 2006, at 2:30 p.m.** in Courtroom 4B, at the Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, Montgomery, Alabama.

Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for the hearing.

Done this 10th day of August, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE