# MINUTES
## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA SOUTHERN DIVISION

| HON. CHARLES S. COODY, MAG. JUDGE | AT | MONTGOMERY, ALABAMA |
|---|---|---|
| DATE COMMENCED: 8/18/06 | AT | 2:20 p.m. to 2:45 p.m. |
| DATE COMPLETED: 8/18/06 | AT | Digital Recorded |

UNITED STATES OF AMERICA

    Plaintiff

VS.   CASE NO.: 1:06CR109-MEF-CSC

DANIEL ZACHARIAH NELSON

    Defendant

| GOVERNMENT | APPEARANCES: | DEFENDANT |
|---|---|---|
| Atty. Tommie Hardwick | | Atty. Joseph E. Sawyer, Jr. |

**COURT OFFICIALS PRESENT:**

**COURTROOM DEPUTY**: WANDA STINSON      LAW CLERK: CORRIE LONG

( X ) OTHER PROCEEDINGS: **Hearing on Revocation of Pretrial Release**

# SEE MINUTES ATTACHED

## LOG OF PROCEEDINGS ELECTRONICALLY RECORDED

| Description | Hearing : 06cr109-MEF USA v. Nelson | |
|---|---|---|
| Date | 8 /18/2006    **Location** | Courtroom 4B |

| Time | Speaker | Note |
|---|---|---|
| 2 :20:42 PM | Court | Court convenes; parties present as noted; Discussion as to the defendant's position; |
| 2 :22:19 PM | Atty. Sawyer | Response ; Deft request to be released pending sentencing on Sept. 7th; Defts has been advised for conditions of his released; Deft wish to speak to the court as to why he he would not be a risk; Have talked with deft's father; father agreed that he would be willing to take deft back into his home; |
| 2 :24:56 PM | Court | Does the deft the admit to the violations set forth in the petition?; |
| 2 :25:05 PM | Atty. Saywer | He does; |
| 2 :25:07 PM | Court | What's the govt. position? |
| 2 :25:15 PM | Atty. Hardwick | Govt. concurs with probtation; Discussion of charges that could have been brought against deft; |
| 2 :26:27 PM | Atty. Sawyers | Response to Govt. position; |
| 2 :27:54 PM | Court | Would like to hear from his father; Witness takes stand ; sworn and seated; |
| 2 :28:10 PM | Atty. Sawyer | Testimony begins of Dave Nelson, father of deft; |
| 2 :29:58 PM | Mr. Dave Nelson | Addresses the court as to the deft's drug problem and behavior; |
| 2 :31:18 PM | Atty. Sawyer | Cont'd testimony ; |
| 2 :31:51 PM | Atty. Hardwick | No questions; |
| 2 :31:57 PM | Atty. Sawyer | Calls Deft. Daniel Sawyer; Testimony begins; Discussions regarding drug treatment; |
| 2 :36:21 PM | Court | If he's in the program, how can he go to Florida?; |
| 2 :36:21 PM | Atty. Sawyer | He can go down on weekends; |
| 2 :36:26 PM | Court | Questions as to how much treatment can he get in 2 weeks; |
| 2 :36:33 PM | Atty. Sawyer | Response; |
| 2 :36:45 PM | Court | Govt' have any question for Mr. Nelson |
| 2 :36:48 PM | Atty. Hardwick | No sir; |
| 2 :36:48 PM | Court | Side bar with US Probation officer, Tamara Martin; |
| 2 :43:00 PM | Atty. Hardwick | Addresses the court as to testimony presented by the defense; |
| 2 :44:19 PM | Court | Addresses the issues; that based on deft's admission, the Court finds probable cause to believe that deft has violated the conditions of release and further violated a federal, state or local law regarding use of marijuana; the court ORDER'S that deft's release be revoke and that the deft be detained pending further proceedings in this court; |
| 2 :45:34 PM | Court | Court is recessed. |