IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| Plaintiff | * | |
| vs. | * | CR. NO. 1:06CR109-MEF |
| DANIEL ZACHARIAH NELSON | * | |
| Defendant | * | |

**WITNESS LIST**:

**GOVERNMENT**                                    **DEFENDANT**

   N/A
                                          1.    Mr. Dave Nelson
                                          2.    Daniel Z. Nelson