# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

HON. MARK E. FULLER, PRESIDING        AT MONTGOMERY, AL

| | | | |
|---|---|---|---|
| DATE COMMENCED: | 9/11/06 | AT: | 11:05 a.m. |
| DATE COMPLETED: | 9/11/06 | AT: | 11:25 a.m. |

UNITED STATES OF AMERICA        §
                                §
vs.                             §   CR. NO. 1:06CR109-MEF
                                §
DANIEL ZACHARIAH NELSON         §

_____
    GOVERNMENT           APPEARANCES:           DEFENDANT
Tommie B. Hardwick                              Joe E. Sawyer, Jr.
_____

COURT OFFICIALS PRESENT:

Jimmy Dickens, Court Reporter           Doug Mathis, USPO
Barbara Wells, Law Clerk
Kelli Gregg, Courtroom Clerk
_____
_____

COURTROOM PROCEEDINGS:

( X )  **Sentencing**

    11:05 a.m. -  Court convenes.
    Government states the terms of the plea agreement to the Court.
    The Court adopts the factual statements of the pre-sentence report and will sentence defendant within the terms of the plea agreement between the parties.
    Defense counsel states for the record that his client has a marijuana addiction.
    Court sentences defendant and advises him of his right to an appeal.
    11:25 a.m. -  Court is in recess.