AO 245D    (Rev. 12/07) Judgment in a Criminal Case for Revocations
           Sheet 1

# UNITED STATES DISTRICT COURT

## MIDDLE District of ALABAMA

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| DANIEL ZACHARIAH NELSON | Case No.    1:06cr109-01-MEF |
| | USM No.    11946-002 |
| | Carl Jackson Spence |
| | Defendant's Attorney |

**THE DEFENDANT:**

X  admitted guilt to violation of condition(s)  __1-3 of the Petition filed__  4/6/2011 of the term of supervision.

☐  was found in violation of condition(s)  _____  after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Defendant did commit another federal, state or local crime | 3/22/2011 |
| 2 | Defendant did leave the judicial district without the permission of the Court or probation officer. | 3/22/2011 |
| 3 | Defendant failed to refrain from excessive use of alcohol | 3/22/2011 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has not violated condition(s)  _____  and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: __5949__

Defendant's Year of Birth: __1983__

City and State of Defendant's Residence:
__Morganton, Georgia__

__June 28, 2011__
Date of Imposition of Judgment

_/s/ Mark E. Fuller_
Signature of Judge

__MARK E. FULLER, U. S. DISTRICT JUDGE__
Name and Title of Judge

__28 JUNE 2011__
Date

AO 245D    (Rev. 12/07) Judgment in a Criminal Case for Revocations
           Sheet 2— Imprisonment

Judgment — Page __2__ of __2__

DEFENDANT:    DANIEL ZACHARIAH NELSON
CASE NUMBER:  1:06cr109-01-MEF

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

24 Months. The term of supervised release imposed on January 28, 2010 is revoked.


X   The court makes the following recommendations to the Bureau of Prisons:
    The Court recommends that defendant be designated as close as possible to Morganton, Georgia.

    The Court recommends that defendant be designated to a facility where he shall be able to participate in any program that may assist him with educational and vocational skills as well as drug and alcohol abuse treatment.

X   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

    ☐   at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐   before 2 p.m. on _____ .

    ☐   as notified by the United States Marshal.

    ☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.


_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL